# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:24-CV-015-RJC-DCK

| | |
|---|---|
| **COLBY PEOPLES,** | )<br>) |
| **Plaintiff,** | )<br>) |
| v. | ) **ORDER**<br>) |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC,** | )<br>)<br>) |
| **Defendant.** | )<br>) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The parties filed a "Notice Of Settlement" (Document No. 7) on March 11, 2024, notifying the Court that the parties had reached a settlement. The Court commends counsel and the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case, or in the alternative request an extension of time to file such dismissal, on or before **May 10, 2024**.

**SO ORDERED**.

Signed: March 11, 2024

David C. Keesler
United States Magistrate Judge